IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN ROBINSON, et al., | CASE NO. CV-F-05-1258 REC LJO |
| Plaintiff, | **ORDER TO SERVE COMPLAINT** |
| vs. | |
| JOHN W. SNOW,<br>Secretary, United States Department<br>of Treasury, | |
| Defendant. | |

Nine plaintiffs proceed pro se in this action, and the filing has been paid. Pursuant to this Court's order, plaintiffs filed their amended class action complaint ("amended complaint") on November 10, 2005. Accordingly, this Court:

1. FINDS service of the amended complaint on defendant is appropriate;

2. ORDERS plaintiffs forthwith to serve the summons and amended complaint on defendant and in compliance with F.R.Civ.P. 4( i ) and to file proofs of such service; and

3. DIRECTS this Court's clerk to issue an order to set a scheduling conference.

**Plaintiffs' failure to comply with this order will result in recommendation to dismiss this action.** *See* Local Rule 11-110.

IT IS SO ORDERED.

Dated:   November 14, 2005            /s/ Lawrence J. O'Neill

1 | 66h44d  UNITED STATES MAGISTRATE JUDGE