1

2

3

4

5

6

7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12   KENNETH ROBINSON, et al.,                CASE NO. CV F 05-1258 OWW LJO

13                    Plaintiffs,             **ORDER TO ADOPT FINDINGS AND**
                                              **RECOMMENDATIONS TO DISMISS**
14       vs.                                  **PLAINTIFF DARRYL DUCHENE**
                                              (Doc. 52.)
15
     JOHN SNOW, Secretary of the
16   Treasury,

17                    Defendant.
                                        /
18

19                              **INTRODUCTION**

20        This Court's June 21, 2006 order set an August 1, 2006 status conference at which plaintiff

21   Darryl DuChene ("Mr. DuChene") did not appear.  At the status conference, Steven L. Robinson ("Mr.

22   Robinson"), attorney for other plaintiffs, explained that Mr. DuChene had not retained Mr. Robinson's

23   law firm and proceeds pro se.  This Court's August 2, 2006 order required Mr. DuChene, no later than

24   August 16, 2006, to show cause in writing why this action should not be dismissed due to Mr.

25   DuChene's failure to comply with the June 21, 2006 order, to appear at the status conference, and to

26   otherwise prosecute this action.  Mr. DuChene failed to respond to the August 2, 2006 order to show

27   cause.

28        The magistrate judge issued August 18, 2006 findings and recommendations to dismiss without

prejudice plaintiff Darryl DuChene from this action pursuant to this Court's Local Rule 11-110 for

Darryl DuChene's failure to prosecute this action and to comply with this Court's orders.  Plaintiff

Darryl DuChene failed to file timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case.  After

carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations

are supported by the record and proper analysis.

Accordingly, this Court:

1.     ADOPTS in full the magistrate judge's August 18, 2006 findings and recommendations;

and

2.     DIRECTS this Court's clerk to enter judgment in favor of defendant John Snow,

Secretary of the Treasury, and against plaintiff Darryl Duchene.

IT IS SO ORDERED.

**Dated:    September 2, 2006**                               **/s/ Oliver W. Wanger**
emm0d6                                                       UNITED STATES DISTRICT JUDGE