# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBINSON, et al., | CASE NO. CV F 05-1258 LJO GSA |
| Plaintiffs, | **ORDER TO RESET DISCOVERY AND MOTION DATES** |
| vs. | |
| HENRY M. PAUSON, Jr., Secretary of the Treasury, | |
| Defendant. / | |

On the parties' agreement, this Court conducted an October 26, 2007 telephone conference to address defendant's request to reset discovery, motion and trial dates. Plaintiffs appeared by counsel Steven Robinson, Alioto Law Offices. Defendant appeared by Assistant United States Attorney Brian Enos. After consideration of the record and the parties' arguments, this Court RESETS:

1. Expert disclosure to January 14, 2008;
2. Nonexpert discovery cutoff to January 16, 2008;
3. Supplemental expert disclosure to February 11, 2008;
4. Dispositive motion filing deadline to February 15, 2008; and
5. Expert discovery cutoff to March 3, 2008.

The March 17, 2008 pretrial conference and April 29, 2008 trial will remain.

This order is without prejudice.

IT IS SO ORDERED.

**Dated:   October 26, 2007**             /s/ Lawrence J. O'Neill

1

|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

UNITED STATES DISTRICT JUDGE