1  ANGELA ALIOTO, (SBN 130328)
   STEVEN L. ROBINSON, (SBN 116146)
2  **LAW OFFICES OF JOSEPH L. ALIOTO**
   **AND ANGELA ALIOTO**
3  700 Montgomery Street
   San Francisco, CA  94111
4  Telephone: (415) 434-8700
   Facsimile: (415) 438-4638
5
   Attorneys for Plaintiff, Watson
6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 **KENNETH ROBINSON,** Et al,        ) CASE NO.  1:05-cv-01258-LJO-GSA
                                       )
       Plaintiffs,                     )
11                                     )
                                       ) STIPULATION OF PARTIES TO TAKE
12                                     ) ADDITIONAL DEPOSITIONS; ORDER OF
                                       ) THE COURT
13 vs.                                 )
                                       )
14                                     ) (Doc. #91)
   **JOHN W. SNOW** etc,               )
15                                     )
       Defendant.                      )
16                                     )
                                       )
17                                     )
                                       )
18 _____ )  _____

19 WHEREAS, Plaintiff TYRONE WATSON desires to take up to seven (7) more

20 depositions in this matter.

21 WHEREAS, Plaintiff TYRONE WATSON and his co-plaintiffs have previously taken six

22 (6) depositions herein, the proposed depositions would place him above the maximum

23 number of depositions provided by F.R.C.P. 30.

24 WHEREAS, Plaintiff TYRONE WATSON believes there is good cause to extend the

25 number of depositions that he may take in this matter because several of the six

26 depositions that have previously been taken have pertained to the cases of Plaintiffs no

27 longer in the lawsuit.

28 **Robinson v. Snow**
   **Stipulation re Depositions,** 1:05-cv-01258-LJO-GSA

1  WHEREAS in the interest of providing full discovery, Plaintiff TYRONE WATSON and
2  Defendant JOHN W. SNOW hereby stipulate that Plaintiff WATSON be given leave to
3  take three depositions over and above the deposition limit mandated by **FRCP 30**.

4  Date: 1/4/07                                    THE LAW OFFICES OF JOSEPH L.
                                                   ALIOTO AND ANGEL ALIOTO

6                                                  /s/ Stephen Robinson
7                                                  By: Steven L. Robinson
                                                   Attorneys for Plaintiff WATSON

8  Date                                            McGREGOR W. SCOTT
9                                                  United States Attorney

11                                                 Electronically signed
                                                   By: Brian W. Enos
12                                                 Attorneys for Defendant

14                                    **ORDER**

15      GOOD CAUSE APPEARING, Plaintiff TYRONE WATSON is granted leave to
16 conduct three depositions in addition to the number permitted in Rule 30 of the Federal
17 Rules of Civil Procedure.

18     **IT IS SO ORDERED.**
19     **Dated:    January 8, 2008**              **/s/ Gary S. Austin**
                                                   **UNITED STATES MAGISTRATE JUDGE**

28 **Robinson v. Snow**
   **Stipulation re Depositions,** 1:05-cv-01258-LJO-GSA