1   McGREGOR W. SCOTT
    United States Attorney
2   BRIAN W. ENOS
    Assistant United States Attorney
3   United States Courthouse
    2500 Tulare Street, Suite 4401
4   Fresno, California 93721
    Telephone:  (559) 497-4000
5   Facsimile:  (559) 497-4099

6   Attorneys for Defendant Henry M. Paulson, Jr.,
    Secretary of the United States Treasury Department
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  KENNETH ROBINSON, DARRYL            )    1:05-cv-01258-LJO-GSA
    DUCHENE, TONY HAWKINS, RUDY         )
12  JACKSON, PERCY McINTOSH, RICK       )    **STIPULATION OF DISMISSAL**
    SPIGHT, TYRONE WATSON, NICOLE       )    **WITH PREJUDICE PURSUANT TO**
13  WILLIAMS, NORMAN ALSTON,            )    **SETTLEMENT AS TO PLAINTIFF**
                                        )    **WATSON ONLY; ORDER**
14                  Plaintiffs,         )
                                        )    [Fed. R. Civ. Proc. 41(a)]
15          v.                          )
                                        )
16  HENRY M. PAULSON, JR.,              )
    UNITED STATES DEPARTMENT OF         )
17  TREASURY,                           )
                                        )
18                  Defendant.          )
                                        )
19

20          Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff TYRONE WATSON and

21  Defendant HENRY M. PAULSON, JR., Secretary of the United States Treasury, by and through

22  undersigned counsel, hereby stipulate to dismissal of the action with prejudice, pursuant to a

23  Settlement Agreement entered into by the parties effective May 30, 2008.  The parties request

24  that the Court retain jurisdiction to enforce if necessary the Settlement Agreement.

25  ///

26  ///

27  ///

28  ///

                                        1

1                                      Respectfully submitted,

2    Dated: May 30, 2008                  Law Offices of Joseph L. Alioto and Angela Alioto

3                                        (As auth. 5/30/08)

4                            By:    /s/ Joseph Alioto Veronese
                                        JOSEPH ALIOTO VERONESE

5                                        Attorneys for Plaintiff
                                        Tyrone Watson

6

7    Dated: May 30, 2008            .            McGREGOR W. SCOTT
                                        United States Attorney

8

9                            By:    /s/Brian W. Enos

10                                        BRIAN W. ENOS
                                        Assistant U.S. Attorney

11                                        Attorneys for Defendant

12        IT IS SO ORDERED.

13    **Dated:**   **June 2, 2008**                 **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28